**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 25-1089**

───────────

TODD W. SHORT,

           Plaintiff - Appellant,

     v.

MICHAEL BOYD, FBI Special Agent, in his individual capacity; JOHN DOES, FBI Special Agents 1-6, in their individual capacities,

           Defendants - Appellees.

───────────

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Martin K. Reidinger, Chief District Judge.  (1:23-cv-00207-MR-WCM)

───────────

Submitted:  December 23, 2025                    Decided:  December 30, 2025

───────────

Before WILKINSON and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Todd W. Short, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Todd W. Short appeals the district court's order dismissing his complaint without prejudice pursuant to Fed. R. Civ. P. 4(m) for failure to effect proper service. Short has filed several motions in this court. We grant Short's motion to seal records, grant his motion to submit a corrected amended motion for judicial notice, and grant his motion, as amended and corrected, for judicial notice. We deny his motion to withdraw his in forma pauperis status and file a formal brief—noting that Short has adequately presented his issues in his informal brief—and we deny his motion for summary reversal. Having reviewed the record and finding no reversible error, we affirm the district court's order. *Short v. Boyd*, No. 1:23-cv-00207-MR-WCM (W.D.N.C. Jan. 27, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*